IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

TRIGINAL JACKSON,

    Petitioner,

v.                                            No. 12-cv-0543 LH/SMV

N.M. DEP'T OF CORR. PROB. & PAROLE;
N.M. ATTORNEY GEN.;

    Respondents.

## ORDER GRANTING APPLICATION TO PROCEED *IN FORMA PAUPERIS*

THIS MATTER is before the Court on Petitioner's Application to Proceed [*in Forma Pauperis*] [Doc. 8]. The Court, being fully advised in the premises, FINDS that the motion is well-taken and should be GRANTED.

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that Petitioner's Application to Proceed [*in Forma Pauperis*] [Doc. 8] is **GRANTED**. Petitioner may proceed without prepayment of costs or other fees or the necessity of giving security therefor.

**IT IS SO ORDERED.**

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**