IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**TRIGINAL JACKSON,**

    **Petitioner,**

**v.**　　　　　　　　　　　　　　　　　　　　　　　　　　**No. 12-cv-0543 LH/SMV**

**N.M. DEP'T OF CORR. PROB. & PAROLE;**
**N.M. ATTORNEY GEN.;**

    **Respondents.**

### ORDER DENYING MOTION FOR CORRECTING DEFICIENT RECORD

THIS MATTER is before the Court on Petitioner's Motion for Correcting Deficient Record [Doc. 7], filed on May 29, 2012. The Court, being fully advised in the premises, FINDS that the motion is not well-taken and should be DENIED.

The motion appears to request that the Second Judicial District Court for the State of New Mexico add or correct certain information in a criminal state-court record involving Petitioner. To the extent that Petitioner moves this Court for such relief, the motion is frivolous because it is beyond the scope of this habeas corpus proceeding and inconsistent with the principles of comity.

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that Petitioner's Motion for Correcting Deficient Record [Doc. 7] is DENIED.

**IT IS SO ORDERED.**

_____
**STEPHAN M. VIDMAR**
**UNITED STATES MAGISTRATE JUDGE**