IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**TRIGINAL D. JACKSON,**

    Petitioner,

v.                                          No. 12-cv-0543 LH/SMV

**N.M. ATT'Y GEN. and**
**N.M. DEP'T OF CORR. PROB. & PAROLE,**

    Respondents.

## ORDER DIRECTING RESPONDENTS TO NOTIFY THE COURT AS TO PETITIONER'S SENTENCE

THIS MATTER is before the Court sua sponte. On May 10, 2012, Petitioner filed his Petition [for Relief Under 28 U.S.C. § 2254] [Doc. 1] ("Petition"). On June 4, 2012, the Court ordered Respondents to Answer. Order to Answer [Doc. 10]. Respondents filed their answer on August 3, 2012. Respondents' Answer to Petition for Writ of Habeas Corpus . . . [Doc. 21] ("Answer").

Petitioner was sentenced on June 13, 2011, to an 18-month term of incarceration. Judgment and Order Suspending Sentence [Doc. 21-1] at 1. The term of incarceration was suspended in favor of an 18-month period of supervised release that began on May 27, 2011. *Id.*; *see also* Order of Probation [Doc. 21-3] at 42. Respondents stated that Petitioner's term of supervised release would end on November 26, 2012. Answer [Doc. 21] at 2.[1] That date has now passed.

---

[1] In their Answer, Respondents stated that Petitioner was "in custody" at the time that he filed his Petition for the purposes of the "in custody" requirement of 28 U.S.C. § 2254. Answer [Doc. 21] at 3.

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that Respondents notify the Court, through a filing on the record, whether Petitioner continues to serve his sentence or whether Petitioner has completed his sentence. Respondents shall file their notification within five days of entry of this Order.

**IT IS SO ORDERED**.

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**