## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEW MEXICO

**TRIGINAL D. JACKSON,**

    **Petitioner,**

**v.**                                                         **No. 12-cv-0543 LH/SMV**

**N.M. ATT'Y GEN. and**
**N.M. DEP'T OF CORR. PROB. & PAROLE,**

    **Respondents.**

### ORDER SETTING TELEPHONIC STATUS CONFERENCE

THIS MATTER is before the Court on Respondents' Notice as to Discharge of Petitioner's Sentence [Doc. 39]. Petitioner has successfully completed his period of supervised release. Order of Discharge on Suspended Sentence [Doc. 39-1].

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that a status conference is hereby set for **Monday, December 17, 2012,** at **2:00 p.m.** Petitioner and counsel for Respondents shall call Judge Vidmar's "Meet Me" line at **(505) 348-2357** to connect to the proceedings. Parties shall confer with Judge Vidmar about the status of the habeas petition now that Petitioner has completed his suspended sentence.

**IT IS SO ORDERED.**

                                                                           **STEPHAN M. VIDMAR**
                                                                           **United States Magistrate Judge**