IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**TRIGINAL D. JACKSON,**

    Petitioner,

v.                                           No. 12-cv-0543 LH/SMV

**N.M. ATT'Y GEN. and**
**N.M. DEP'T OF CORR. PROB. & PAROLE,**

    Respondents.

### ORDER FOR RESPONDENTS TO SUBMIT
### ADDITIONAL STATE COURT RECORDS

Having reviewed the record in this case and the parties' submissions, the Court FINDS that the submission of additional materials by Respondents is warranted pursuant to Rule 5(c) of the Rules Governing Section 2254 Cases in the United States District Courts.

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that Respondents shall cause the following state court records to be forwarded to this Court for examination and review **on or before May 8, 2013**, with the assurance that they will be returned to the clerk of the proper court or other appropriate state custodian upon termination of this proceeding:

1. The entire record—including the Transcript(s), tape(s), or CDs of Petitioner's trial— of Petitioner's criminal case, number D-202-CR-2009-03904;

2. The entire court records of all of Petitioner's state post-conviction efforts, including but not limited to, any and all filings in the trial court, court of appeals, and state supreme court. Many or all of these records may have been previously filed here. If so, the Court will not require that they be filed again.

**IT IS FURTHER ORDERED** that Respondents shall serve Petitioner Triginal Jackson with copies of all transcripts, tapes, CDs, and other documents and tangible things that are forwarded to the Court for examination and review pursuant to this Order.

**IT IS FURTHER ORDERED** that Respondents may have until **May 8, 2013**, to amend their Answer to respond to Petitioner's substantive claims.[1]  Petitioner will be permitted to file one reply within fourteen days of the filing of the amended Answer.  *See* Rule 5(e) of the Rules Governing Section 2254 Cases.

**IT IS SO ORDERED**.

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**

---

[1] Petitioner has asserted habeas claims for (1) violation of his right to self-representation, (2) ineffective assistance of counsel for failing to file an appeal, and (3) violation of Petitioner's right to a speedy trial.  [Doc. 1] at 16–18.